UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILFREDO EARL L. DE LEON, III.,

        Plaintiff(s),                             No. C 09-0607 PJH

   v.                                      **ORDER TO SHOW CAUSE**

MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., et al.,

        Defendant(s).
_____/

    Plaintiff in the above-entitled matter having failed to file a case management statement and to appear at the case management conference on May 21, 2009, in compliance with the Court's orders,

    THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

    The hearing on the order to show cause will be held on June 11, 2009 at 2:30 p.m. If plaintiff fails to appear, the case shall be dismissed for failure to prosecute.

    **IT IS SO ORDERED.**

Dated: May 22, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge